IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:13 cr 12-3

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Vs. | ) | ORDER |
| EVAN THOMAS NORRIS, JR. | ) | |

**THIS MATTER** is before the undersigned pursuant to a Motion to Withdraw (#159) filed by Defendant's attorney, Eric J. Foster. Mr. Foster filed this motion due to a written request that he received from the Defendant that Mr. Foster withdraw as counsel for the Defendant. At the call of this matter on for hearing and during a closed session of Court, the undersigned questioned the Defendant concerning the request by Mr. Foster and was advised that the Defendant did not wish Mr. Foster to withdraw and requested that Mr. Foster continue to represent him. Mr. Foster consented to do so. As a result, the undersigned will enter an order denying the Motion to Withdraw.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Motion to Withdraw (#159) is hereby **DENIED.**

Signed: July 2, 2014

Dennis L. Howell
United States Magistrate Judge